AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

OCT - 4 2013

ALEXA… A…

| United States of America | ) | |
| v. | ) | |
| JEREMY LEROY HELLER | ) | Case No. 1:13-CR-383 |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JEREMY LEROY HELLER                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Intentionally Cause Damage to a Protected Computer in violation of 18 U.S.C. § 371

Date: 10/03/2013                                          _____
                                                                          *Issuing officer's signature*

City and state:   Alexandria, VA                    Kathy Roberts - Deputy Clerk
                                                                          *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 10/3/2013 , and the person was arrested on *(date)* 10/4/2013 at *(city and state)* Silver Spring, MD . | | |
| Date: 10/4/13 | Reilly Alvine *Arresting officer's signature* | |
| | Special Agent *Printed name and title* | |