# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| United States | ) | Docket#: 1:13-CR-383 |
| vs. | ) | |
| Jeremy Leroy Heller | ) | |

## ORDER

The following Condition of Release shall be added:

1. Submit to and pay for a mental health assessment and/or counseling as directed by Pretrial Services.

All other conditions of release remain in full force and effect.

Liam O'Grady
United States District Court Judge

Oct 21, 2013

Date