Date: 09-12-14   Judge: **LIAM O'GRADY**   Reporter: N. Linnell
Time: 11:08   To 11:50

UNITED STATES of AMERICA
vs.

DENNIS OWEN COLLINS -001
JEREMY LEROY HELLER – 002
Defendant's Name

1:13cr383
Case Number

John Kiyonaga
William Todd Watson and Kenneth Nichols
Counsel for Defendants

Alexander Nguyen and Richard Green
Counsel for Government

Defendant Collins presence at hearing excused by the court.
Defendant Heller present in court.

Also present:

John Iweanoge for Defendant Joshua Phy
Drew Hutcheson for Defendant Geoffrey Commander
James Hundley for Defendant Ryan Gubele
Marina Medvin, in another court, but noted her appearance through Mr. Kiyonaga.

Defendant Heller's [372] Motion to Strike Government's Loss Figures – argued – counsel to meet and confer within next two weeks. Motion may be renewed, if necessary.

Defendant Collin's [373] Motion for Discovery Order Enforcement – argued – counsel to wait government's response to discovery.

Mr. Watson requested further guidelines re: Protective Order – Court to issue another Order.

Defendant Heller continued on present bond.